

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

————————————————

No. 02-20-00347-CV

————————————————

ADRIAN BENTLEY NETTLES IN HIS OFFICIAL CAPACITY AS EXECUTIVE
DIRECTOR OF THE TEXAS ALCOHOLIC BEVERAGE COMMISSION,
Appellant

V.

THE NEW PR'S, Appellee

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-321010-20

Before Kerr, Birdwell, and Bassel, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

We have considered appellant's "Unopposed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.


Per Curiam

Delivered:  March 4, 2021